WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRUCE REYNOLDS,**     CV # 06-1255-KI

   Plaintiff,

vs.     ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 30th day of OCT, 2007.

_____
United States District Judge

Submitted on October 29, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1